1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HON LAU,                                 1:10-cv-02286-SKO (HC)

12             Petitioner,                    ORDER TRANSFERRING CASE TO THE
                                              UNITED STATES DISTRICT COURT FOR
13   vs.                                      THE CENTRAL DISTRICT OF
                                              CALIFORNIA
14   WARDEN K. HARRINGTON,

15

16             Respondent.

17   _____/

18

19        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20   U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21        The federal venue statute requires that a civil action, other than one based on diversity

22   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

23   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

24   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

25   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

26   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

27        In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

28   Central District of California.  Therefore, the petition should have been filed in the United States District

Court for the Central District of California.  In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

**Dated:    December 13, 2010**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE